**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 137 MAL 2017

  :

Respondent   :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

v.   :

  :

  :

JEREMY DEVON DICKENS,   :

  :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.